**Motion GRANTED and Order filed September 7, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00499-CV

_____

## IN RE AMEGY BANK NATIONAL ASSOCIATION, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-01891**

## ORDER

On September 3, 2021, relator Amegy Bank National Association, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Dedra Davis, Judge of the 270th District Court, in Harris County, Texas, to set aside her order dated August 24, 2021, entered in trial court number 2010-01891, styled *Amegy Bank National Association v. GB Foods, Inc., et al.*

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. In his response to the motion, the real party in interest has indicated that he "is in agreement that the case should be stayed" and requests this court enter an order staying the proceedings in their entirety until the court rules on the mandamus

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the proceedings in trial court cause number 2010-01891, *Amegy Bank National Association v. GB Foods, Inc., et al.*, including the trial scheduled for September 8, 2021, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Emmanuel Megrelis, the real party-in-interest, to file a response to the petition for writ of mandamus on or before September 22, 2021. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Wilson.